IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF ENVIROWORKS, INC., and ENVIROWORKS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>COASTAL ENVIRONMENTAL GROUP, INC., and AEGIS SECURITY INSURANCE COMPANY,<br><br>Defendants. | Case No. 8:11-cv-00444 |

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Defendant Coastal Environmental Group, Inc. makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

Coastal Environmental Group, Inc. states that none of the following categories are applicable to it. Therefore, none of the categories have been marked.

\_\_\_   This party is an individual.

\_\_\_   This party is a publicly held corporation or other publicly held entity.

\_\_\_   This party has parent corporations.

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

OMA-337451-1

\_\_\_    Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners:

\_\_\_    Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

\_\_\_    This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship:

\_\_\_    This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

DATED: February 29, 2012.

            COASTAL ENVIRONMENTAL GROUP, INC., and AEGIS SECURITY INSURANCE COMPANY, Defendants.

            *s/ David M. Newman*
            Michael S. Degan (#20372)
            David M. Newman (#24549)
            HUSCH BLACKWELL LLP
            1620 Dodge Street, Suite 2100
            Omaha, NE 68102
            (402) 964-5000 Telephone
            (402) 964-5050 Facsimile
            mike.degan@huschblackwell.com
            david.newman@huschblackwell.com

            ATTORNEYS FOR DEFENDANTS

3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2012, I electronically filed the above using the CM/ECF system which sent notification of such filing to the following:

    Thomas J. Anderson   lawyers@cox.net

             *s/ David M. Newman*