IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA FOR   )
THE USE OF ENVIROWORKS, INC.,  )
INC.,                          )
                               )
            Plaintiff,         )          8:11CV444
                               )
      v.                       )
                               )
COASTAL ENVIRONMENTAL GROUP,   )          ORDER
INC., and AEGIS SECURITY       )
INSURANCE COMPANY,             )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the stipulated motion for additional time to file response to plaintiff's motion to dismiss (Filing No. 63), and the stipulation regarding defendant's discovery responses and answers (Filing No. 64). The Court finds the stipulated motion should be granted and the stipulation regarding discovery responses and answers should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The stipulated motion is granted. The defendant shall have until November 28, 2012, to respond to plaintiff's motion to dismiss.

2) The stipulation regarding defendant's discovery responses and answers is approved and adopted. Defendant Aegis

Security shall have until November 28, 2012, to serve its discovery answers and responses.

DATED this 26th day of November, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court