IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF ENVIROWORKS, INC., INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>COASTAL ENVIRONMENTAL GROUP, INC., and AEGIS SECURITY INSURANCE COMPANY,<br><br>    Defendants. | 8:11CV444<br><br>ORDER |

This matter is before the Court on the stipulation regarding defendants' discovery responses and answers (Filing No. 66). The Court finds the stipulation regarding discovery responses and answers should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation regarding defendant's discovery responses and answers is approved and adopted. Defendants shall have until December 10, 2012, to serve their discovery answers and responses.

DATED this 29th day of November, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court