IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA FOR   )
THE USE OF ENVIROWORKS, INC., )
and ENVIROWORKS, INC.,         )
                               )
         Plaintiff,            )        8:11CV444
                               )
     v.                        )
                               )
COASTAL ENVIRONMENTAL GROUP,   )        ORDER
INC., and AEGIS SECURITY       )
INSURANCE COMPANY,             )
                               )
         Defendants.           )
_____)
```

This matter is before the Court on the joint motion of the parties to extend expert witness deadlines (Filing No. 83). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted; the deadline for the parties to identify all expert witnesses and serve on the other parties the expert witness statement required by Fed.R.Civ.P. 26(a)(2) is May 2, 2013.

2) The deadline for any motion challenging the qualifications of an expert or the admissibility of testimony of an expert witness under Rule 702 is June 1, 2013.

DATED this 4th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court