```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF ENVIROWORKS, INC., and ENVIROWORKS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV444 |
| v. | ) ) | |
| COASTAL ENVIRONMENTAL GROUP, INC., and AEGIS SECURITY INSURANCE COMPANY, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on the joint motion of the parties for a continuance of the trial date and an amended progression order (Filing No. 102). The motion will be granted and a new progression order will be filed by the court forthwith.

IT IS ORDERED: The parties' motion for a continuance of the trial date and a new progression order is granted.

DATED this 4th day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court