IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA FOR   )
THE USE OF ENVIROWORKS, INC.,  )
and ENVIROWORKS, INC.,         )
                               )
          Plaintiff,           )       8:11CV444
                               )
     v.                        )
                               )
COASTAL ENVIRONMENTAL GROUP,   )       ORDER
INC., and AEGIS SECURITY       )
INSURANCE COMPANY,             )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on the joint report concerning settlement negotiations and request to extend stay (Filing No. 111). The Court finds the request to extend stay should be granted. Accordingly,

IT IS ORDERED:

1) The request for continuation of the stay is granted. This action is stayed until December 16, 2013.

2) On or before December 17, 2013, the parties shall file a joint report as to the status of settlement negotiations and the need for any additional stay of these proceedings.

DATED this 4th day of November, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court