IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF ENVIROWORKS, INC., and ENVIROWORKS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | 8:11CV444 |
| v. | ) ) | |
| COASTAL ENVIRONMENTAL GROUP, INC., and AEGIS SECURITY INSURANCE COMPANY, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the joint report concerning settlement negotiations and request to extend stay (Filing No. 136). The Court finds the request to extend stay should be granted. Accordingly,

IT IS ORDERED that the request for continuation of the stay is granted. This action is stayed until June 1, 2015, at which time the parties shall file a joint report as to the status of settlement negotiations.

DATED this 29th day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court